DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

ARIAN MANUAL RODRIGUEZ,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-1751
_____

February 12, 2025

Appeal from the Circuit Court for Hillsborough County; Lyann Goudie, Judge.

Blair Allen, Public Defender, and Megan Olson, Assistant Public Defender, Bartow, for Appellant.

John M. Guard, Acting Attorney General, Tallahassee, and Sonia C. Lawson, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

KELLY, VILLANTI, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.